### 41837. INTERSTATE FIRE INSURANCE COMPANY v. CHATTAM.

PER CURIAM. The appeal in the present case is from a verdict. The Supreme Court of Georgia, in answer to a certified question from this court (*Interstate Fire Ins. Co. v. Chattam,* 222 Ga. 436 (150 SE2d 618) held that, under the Appellate Practice Act of 1965 as amended, this court has no jurisdiction

to entertain an appeal ·from a jury verdict. Accordingly, the appeal is hereby

*Dismissed. Felton, C. J., Frankum and Pannell, JJ., concur.*

SUBMITTED FEBRUARY 7, 1966—DECIDED SEPTEMBER 23, 1966.

*Chance & Maddox, J. C. Maddox,* for appellant.
*John D. Edge,* for appellee.